**Order entered July 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00210-CR

**EMMANUEL MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-24906-V**

## ORDER

Before the Court is court reporter Kelly Simmons July 12, 2022 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by August 12, 2022.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE